## Walsh et ux., Appellants, *v.* Philadelphia Suburban Water Company.

Argued April 29, 1969. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Stephen A. Cozen,* with him *Sydney C. Orlofsky, Harold W. Spencer,* and *Orlofsky and Cozen,* and *Wright, Spencer, Manning & Sagendorph,* for appellants.

*Stephen G. Yusem,* with him *Victor J. Roberts,* and *High, Swartz, Roberts & Seidel,* for appellee.

632

Opinion Per Curiam, June 27, 1969:
Judgment affirmed.